IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | C.A. No. _____ |

**PLAINTIFF FOREST LABORATORIES HOLDINGS, LTD. RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories Holdings, Ltd. (a nongovernmental corporate party) makes the following disclosure statement:

**I.   PARENT CORPORATIONS**

The parent corporation of Forest Laboratories Holdings, Ltd. is Forest Laboratories, Inc.

**II.  PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

As of June 5, 2008, Forest Laboratories, Inc. owned 10% or more of Forest Laboratories Holdings, Ltd.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

June 5, 2008

2