%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                District of             Delaware

Forest Laboratories, Inc., Forest
Laboratories Holdings, Ltd., Merz Pharma
GmbH & Co. KGaA and Merz Pharmaceuticals        **SUMMONS IN A CIVIL CASE**
GmbH,                       Plaintiffs,
                    V.

Apotex Inc. and Apotex Corp.,
                            Defendant.            CASE NUMBER:    08-336


TO: (Name and address of Defendant)
    Apotex Corp.
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE  19801


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899


an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    6/6/08
_____                _____
CLERK                                              DATE

Beth Dine
_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 6, 2008 |
| NAME OF SERVER (PRINT) | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Apotex Corp. c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/6/08     *John Dinkson*
              Date        Signature of Server
              1:27 pm
                          1201 North Market Street
                          Wilmington, DE 19801

                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.