IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., et al.,

        Plaintiffs

v.

APOTEX, INC., et al.,

        Defendants

Civil Action No. 08-336 GMS-LPS

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 16th day of June 2008, IT IS ORDERED THAT:

1. Magistrate Judge Leonard P. Stark will regulate and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of Court; and

2. All subsequent filings in this action will be captioned consistently with the caption used for this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

June 16, 2008

FILED
JUN 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE