## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-21-GMS-LPS |
| COBALT LABORATORIES INC., ET AL., | : | CONSOLIDATED |
| Defendants. | : | |

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-336-GMS-LPS |
| APOTEX INC., ET AL., | : | |
| Defendants. | : | |

## ORDER OF CONSOLIDATION

At Wilmington this **16th** day of **June, 2008**.

IT IS ORDERED that C.A. No. 08-336 is consolidated with C.A. No. 08-21 for all purposes.

Hereafter all papers will be filed under C.A. No. 08-21-GMS-LPS.

_____

UNITED STATES MAGISTRATE JUDGE